UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK A. MORAD                                CIVIL ACTION

VERSUS                                       NO. 12-2188

LINO J. AVIZ, ET AL                          SECTION "C" (5)

ORDER

IT IS ORDERED that the motion to dismiss for failure to state a claim upon which relief can be granted filed by Lino J. Avis is DENIED.  Rec. Doc. 13.  The contract attached to the complaint names the mover himself as contractor.  Rec. Doc. 1-1.

New Orleans, Louisiana, this 14th day of December, 2012.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT